Filed: 4/18/2023 10:16 AM
Michael Gould
District Clerk
Collin County, Texas
By Alexis Scherff Deputy
Envelope ID: 74747407

CAUSE NO. **471-01934-2023**

| | | |
|---|---|---|
| **JARED SCHEOPNER** | § | IN THE DISTRICT COURT |
| **Plaintiff,** | § | |
| | § | |
| V. | § | ____ JUDICIAL DISTRICT |
| | § | |
| **ALLSTATE INSURANCE COMPANY** | § | |
| **Defendant.** | § | OF COLLIN COUNTY, TEXAS |

_____

### PLAINTIFF'S ORIGINAL PETITION
_____

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Plaintiff, JARED SCHEOPNER, hereinafter called Plaintiff, complaining of and about Allstate Insurance Company, hereinafter called Defendant; and would show unto the Court the following:

### I.
### DISCOVERY CONTROL PLAN LEVEL

1. Plaintiff intends that discovery be conducted under Discovery Level 2.

### II.
### PARTIES AND SERVICE

2. Plaintiff, JARED SCHEOPNER, is an Individual whose address is 811 Brentwood Ln., Richardson, Texas 75080.

3. The last three numbers of JARED SCHEOPNER's driver's license number are 854. The last three numbers of JARED SCHEOPNER's social security number are 128.

4. Defendant Allstate Insurance Company, a Limited Liability Company based in Texas, may be served with process by serving the registered agent of said

company, CT Corporation System, at 1999 Bryan St., Ste. 900, Dallas, Texas 75201, its registered office. Service of said Defendant as described above can be effected by personal delivery.

## III.
## JURISDICTION AND VENUE

5. The subject matter in controversy is within the jurisdictional limits of this court.

6. Plaintiff seeks:

   a. monetary relief of $250,000 or less and non-monetary relief.

7. This court has jurisdiction over the parties because Defendant is a Texas resident.

8. Venue in Collin County is proper in this cause under Section 1952.110(2) of the Texas Insurance Code because the accident occurred in said county.

## IV.
## FACTS

9. On or about May 21, 2019, a motor vehicle accident involving Plaintiff and Sonia Padron occurred as follows: Plaintiff was travelling on Waterview Parkway in Richardson, Texas. Sonia Padron was travelling behind Plaintiff on Waterview Parkway. Plaintiff began to stop due to traffic ahead, as he stopped, Ms. Padron failed to keep a proper lookout and failed to control her speed and rear-ended Plaintiff's vehicle.

10. As a direct and proximate cause of the accident, Plaintiff, JARED SCHEOPNER, sustained injuries.

## V.
## CLAIM FOR UNDERINSURED BENEFITS

11. On May 21, 2019, the date of the accident, JARED SCHEOPNER was covered by insurance issued by Defendant, policy number 844660968, issued

for 2019. This policy included coverage for underinsured motorists. Plaintiff, JARED SCHEOPNER, is a valid "covered person" under this policy as the insured.

12. Defendant was timely informed of the accident and that Plaintiff intended to claim under underinsured benefits in a letter dated April 17, 2023.

13. Plaintiff sought recovery for injuries sustained from Sonia Padron. Any recovery was insufficient to compensate Plaintiff. Plaintiff hereby seeks recovery for injuries under underinsured coverage.

## VI.
## DAMAGES FOR PLAINTIFF, JARED SCHEOPNER

14. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, JARED SCHEOPNER was caused to suffer grievous injuries.

15. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, JARED SCHEOPNER has incurred the following:

> A. Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff, JARED SCHEOPNER for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Collin County, Texas;
>
> B. Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;
>
> C. Physical pain and suffering in the past;
>
> D. Physical pain and suffering in the future; and
>
> E. Loss of earnings in the past.

## VII.
## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, JARED SCHEOPNER, respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

By: /s/Stephen Clark
Stephen Clark
Texas Bar No. 24078349
Email:  stephen@clgtx.com
8226 Douglas Ave., Ste. 802
Dallas, TX 75225
Tel. (469) 906-2266
Fax. (469) 906-2299
Attorney for Plaintiff
JARED SCHEOPNER

THE STATE OF TEXAS
CIVIL CITATION
CASE NO.471-01934-2023

Jared Scheopner vs. Allstate Insurance Company　　　　　　　　　　In the 471st District Court
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Of Collin County, Texas

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."

TO:　　Allstate Insurance Company
　　　　Registered Agent - CT Corporation System
　　　　1999 Bryan Street, Suite 900
　　　　Dallas, TX  75201-3136, Defendant

GREETINGS: You are commanded to appear by filing a written answer to **Plaintiff's Original Petition** at or before ten o'clock A.M. on the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 471st District Court of Collin County, Texas at the Courthouse of said County in McKinney, Texas.

Said Plaintiff's Petition was filed in said court, by Stephen R Clark, Clark Law Group PLLC 8226 Douglas Ave, Ste. 802  Dallas TX 75225 (Attorney for Plaintiff or Plaintiffs), on  April 18, 2023, in this case, numbered 471-01934-2023 on the docket of said court.

The natures of Plaintiff's demand is fully shown by a true and correct copy of **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

Issued and given under my hand and seal of said Court at McKinney, Texas, on this the 18th day of April, 2023.

ATTEST: Michael Gould, District Clerk
Collin County, Texas
Collin County Courthouse
2100 Bloomdale Road
McKinney, Texas 75071
972-548-4320, Metro 972-424-1460 ext. 4320

By: _____, Deputy
Alexis Scherff

**The law prohibits the Judge and the clerks from giving legal advice, so please do not seek legal advice. Any questions you have should be directed to an attorney.**

Electronically Served
4/18/2023 1:39 PM

THE STATE OF TEXAS
CIVIL CITATION
CASE NO.471-01934-2023

Filed: 4/19/2023 5:16 PM
Michael Gould
District Clerk
Collin County, Texas
By Jaclyn Grayson Deputy
Envelope ID: 74828678

Jared Scheopner vs. Allstate Insurance Company                    In the 471st District Court
                                                                  Of Collin County, Texas

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."

TO:     Allstate Insurance Company
        Registered Agent - CT Corporation System
        1999 Bryan Street, Suite 900
        Dallas, TX  75201-3136, Defendant

GREETINGS: You are commanded to appear by filing a written answer to **Plaintiff's Original Petition** at or before ten o'clock A.M. on the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 471st District Court of Collin County, Texas at the Courthouse of said County in McKinney, Texas.

Said Plaintiff's Petition was filed in said court, by Stephen R Clark, Clark Law Group PLLC 8226 Douglas Ave, Ste. 802  Dallas TX 75225 (Attorney for Plaintiff or Plaintiffs), on  April 18, 2023, in this case, numbered 471-01934-2023 on the docket of said court.

The natures of Plaintiff's demand is fully shown by a true and correct copy of **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

Issued and given under my hand and seal of said Court at McKinney, Texas, on this the 18th day of April, 2023.

ATTEST: Michael Gould, District Clerk
Collin County, Texas
Collin County Courthouse
2100 Bloomdale Road
McKinney, Texas 75071
972-548-4320, Metro 972-424-1460 ext. 4320

By: _____, Deputy
Alexis Scherff

**The law prohibits the Judge and the clerks from giving legal advice, so please do not seek legal advice. Any questions you have should be directed to an attorney.**

## CAUSE NO. 471-01934-2023

| | | |
|---|---|---|
| JARED SCHEOPNER | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | COLLIN COUNTY, TEXAS |
| | § | |
| ALLSTATE INSURANCE COMPANY | § | |
| Defendant. | § | 471ST DSITRICT COURT |

## AFFIDAVIT OF SERVICE

On this day personally appeared **Mauricio Segovia** who, being by me duly sworn, deposed and said:

"The following came to hand on **Apr 18, 2023, 2:38 pm,**

**CITATION, PLAINTIFF'S ORIGINAL PETITION,**

and was executed at **1999 BRYAN ST SUITE 900, DALLAS, TX 75201-3109** within the county of **DALLAS** at **01:39 PM** on **Wed, Apr 19 2023**, by delivering a true copy to the within named

**ALLSTATE INSURANCE COMPANY, BY SERVING REGISTERED AGENT, CT CORPORATION SYSTEM**
**accepted by** Intake Specialist: Terri Thongsavat

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

Mauricio Segovia
Certification Number: PSC-1689
Certification Expiration: 8/31/2024

BEFORE ME, a Notary Public, on this day personally appeared **Mauricio Segovia**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON   4/19/2023

Notary Public, State of Texas

MARIA M. SEGOVIA
My Notary ID # 129480220
Expires July 5, 2025