IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JARED SCHEOPNER<br><br>    Plaintiff,<br><br>V.<br><br>ALLSTATE INSURANCE COMPANY<br><br>    Defendant. | CAUSE NO. 4:23-cv-436-KPJ |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41, and the stipulation between Plaintiff JARED SCHEOPNER and Defendant ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, SUED HEREIN AS ALLSTATE INSURANCE COMPANY, the above matter is hereby dismissed with prejudice.

**So ORDERED and SIGNED this 20th day of June, 2024.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE